AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| NEWMAN, Jon O. | U.S.C.A., Second Circuit | 04/17/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Courthouse 450 Main Street Hartford, CT 06103 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Corporator | Hartford Hospital |
| 2. Corporator | Institute of Living |
| 3. Elector | Hartford Atheneum |
| 4. Life Regent | University of Hartford |
| 5. Board Member | Connecticut Appleseed Foundation |
| 6. Chair | Friends of the Library of the Supreme Court of Israel, Inc. |
| 7. Board Member | Endowment Foundation of the Jewish Federation of Greater Hartford, Inc. |
| 8. Trustee | ███████████ Trust |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

DISCLOSURE OFFICE 2009 APR 27 A 10: 25 RECEIVED

**Newman_Jon_O**

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 04/17/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Brookings Institute | 4/15/2008 | Washington, D.C. | Seminar | Air travel and hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 04/17/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Waiver of annual dues | Hartford Club | $1666.5 |
| 2. Partial reduction of annual dues | Tumble Brook Country Club | $4478.0 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNTS AND CASH: | | | | | | | | | |
| 2. Bank of America -- West Htfd. CT., Checking Acct. | A | Interest | L | T | | | | | |
| 3. Smith Barney, New Haven, CT., Money Market Acct. | A | Interest | M | T | | | | | |
| 4. (S) People's Bank | A | Interest | J | T | | | | | |
| 5. (S) Sovereign Bank | A | Interest | K | T | | | | | |
| 6. BONDS: | | | | | | | | | |
| 7. U.S. Treasury Bond 11.5 | E | Interest | M | T | | | | | |
| 8. Houma La. Transit '11 | C | Interest | L | T | | | | | |
| 9. Lafayette La. Transit '11 | B | Interest | K | T | | | | | |
| 10. W. Monroe La. '10 | B | Interest | | | Redeemed (part) | 8/1 | J | | |
| 11. W. Monroe La. '11 | A | Interest | J | T | | | | | |
| 12. Rapides Par. La. '10 | A | Interest | | | Redeemed | 8/1 | J | | |
| 13. CT Health '12 6.5 | C | Interest | K | T | Redeemed (part) | 7/1 | J | | |
| 14. Conn. Health 4.9 '13 | B | Interest | K | T | | | | | |
| 15. Cheshire 5.0 '10 | B | Interest | L | T | | | | | |
| 16. Conn. Refunding '09 5.25 | B | Interest | K | T | | | | | |
| 17. Stratford '10 3.0 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. New Haven '17 6.0 | B | Interest | K | T | | | | | |
| 19. Conn. Refunding '08 5.25 | A | Interest | | | Matured | 12/15 | J | | |
| 20. CT G.0 '08 4.875 | A | Interest | | | Matured | 6/16 | K | | |
| 21. Meriden '11 3.75 | B | Interest | L | T | | | | | |
| 22. UConn '10 5.0 | B | Interest | | | Redeemed | 6/2 | L | · | |
| 23. Stamford '10 3.0 | B | Interest | L | T | | | | | |
| 24. CT Rfdg '09 4.5 | B | Interest | L | T | | | | | |
| 25. E. Haven CT '08 3.0 | A | Interest | | | Matured | 9/1 | K | | |
| 26. CT G.0 '10 4.9 | B | Interest | K | T | | | | | |
| 27. CT Tax '12 4.3 | A | Interest | J | T | | | | | |
| 28. Seymour CT '13 3.5 | A | Interest | L | T | | | | | |
| 29. UConn '14 5.25 | A | Interest | | | Redeemed | 6/2 | J | | |
| 30. Brookfield CT '11 4.25 | B | Interest | K | T | | | | | |
| 31. CT Spl. Tax '12 5.5 | B | Interest | K | T | | | | | |
| 32. New London CT '08 5.0 | A | Interest | | | Matured | 2/15 | K | | |
| 33. Groton '12 4.0 | B | Interest | L | T | | | | | |
| 34. CT '13 4.25 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Puerto Rico '14 5.25 | C | Interest | K | T | | | | | |
| 36. CT Refunding '11 5.5 | C | Interest | L | T | | | | | |
| 37. Shreveport LA '10 6.75 | B | Interest | K | T | | | | | |
| 38. S.E. Texas Hospt. '09 7.5 | B | Interest | J | T | | | | | |
| 39. Bridgeport '11 4.25 | B | Interest | L | T | Buy | 3/20 | L | | |
| 40. CT Clean Water '10 4.5 | B | Interest | K | T | Buy | 3/20 | K | | |
| 41. Bridgeport '12 5.0 | B | Interest | L | T | Buy | 4/10 | L | | |
| 42. CT G.0. '13 5.0 | B | Interest | L | T | Buy | 4/10 | L | | |
| 43. Hartford Cty. '13 3.25 | B | Interest | M | T | Buy | 6/2 | M | | |
| 44. Fairfield '15 4.25 | B | Interest | L | T | Buy | 6/5 | L | | |
| 45. Bridgeport '13 5.0 | B | Interest | L | T | Buy | 7/7 | L | | |
| 46. CT G.0. '13 5.375 | C | Interest | M | T | Buy | 8/8 | M | | |
| 47. Fairfield '09 5.0 | C | Interest | M | T | Buy | 8/8 | M | | |
| 48. CT G.0. '14 5.0 | C | Interest | M | T | Buy | 9/12 | M | | |
| 49. CT Health '10 4.4 | B | Interest | L | T | Buy | 9/12 | L | | |
| 50. Glastonbury '13 4.25 | | None | L | T | Buy | 9/22 | L | | |
| 51. West Haven '10 5.5 | B | Interest | L | T | Buy | 9/27 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  CT G.0. '20 5.0 | C | Interest | M | T | Buy | 10/3 | M | | |
| 53.  CT G.0. '10 3.5 | A | Interest | K | T | Transferred (from line 81) | 11/3 | K | | |
| 54.  UConn '10 2.9 | | None | J | T | Transferred (from line 81) | 11/3 | J | | |
| 55.  UConn '11 3.2 | | None | J | T | Transferred (from line 81) | 11/3 | J | | |
| 56.  STOCKS: | | | | | | | | | |
| 57.  Royal Dutch Petroleum | D | Dividend | M | T | | | | | |
| 58.  Air Products | C | Dividend | M | T | | | | | |
| 59.  Johnson Contr. | C | Dividend | M | T | | | | | |
| 60.  Merck | D | Dividend | L | T | | | | | |
| 61.  Cummings Engine | B | Dividend | L | T | | | | | |
| 62.  Minn. Mining | B | Dividend | L | T | | | | | |
| 63.  Johnson & Johnson | C | Dividend | L | T | | | | | |
| 64.  Microsoft | B | Dividend | K | T | | | | | |
| 65.  Cisco | | None | L | T | | | | | |
| 66.  Total Fina | D | Dividend | M | T | | | | | |
| 67.  Devon Energy | A | Dividend | L | T | | | | | |
| 68.  FNMA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Medco | | None | L | T | | | | | |
| 70. Calamos Fund | A | Dividend | L | T | | | | | |
| 71. Legg Mason Fund | A | Dividend | L | T | | | | | |
| 72. GE | A | Dividend | J | T | | | | | |
| 73. Henderson Fund | A | Dividend | K | T | | | | | |
| 74. Jennison Fund | A | Dividend | K | T | | | | | |
| 75. Dreyfus Fund | A | Dividend | J | T | | | | | |
| 76. Mainstay Fund | | None | K | T | | | | | |
| 77. Arkema | A | Dividend | J | T | | | | | |
| 78. Fed Max Cap Fund | D | Dividend | K | T | Transferred (from line 81) | 11/3 | K | | |
| 79. Schwab 1000 Fund | A | Dividend | K | T | Transferred (from line 81) | 11/3 | K | | |
| 80. OTHER: | | | | | | | | | |
| 81. Trust held by Schwab & Co. (Pooled Funds & State Bonds) | C | Int./Div. | | | Distributed | 11/3 | L | A | |
| 82. ●1/2 Int. W. Htfd., CT., Condo purchased 8/9/88 $115,000 | | None | L | R | | | | | |
| 83. Thames & Hudson Royalty Contract | C | Royalty | J | W | | | | | |
| 84. ●Condo, University Park, FL purchased 4/9/99, $179,000 | | None | M | R | | | | | |
| 85. AIG Annuity (IRA) | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. AIG Annuity (IRA) | A | Interest | J | T | | | | | |
| 87. ▇▇▇▇ Trust consisting of municipal bonds and stocks: | E | Int./Div. | P1 | T | | | | | |
| 88. - Conn. Bond '09 5.4 | | | | | | | | | |
| 89. - CT G.0. '10 5.0 | | | | | | | | | |
| 90. - Conn. HFA 4.375 '08 | | | | | Matured | 5/15 | K | | |
| 91. - Conn. G.0. 5.0 '09 | | | | | | | | | |
| 92. - Conn. 5.125 '11 | | | | | Redeemed | 3/17 | L | | |
| 93. - Conn. G.0 5.0 '11 | | | | | Redeemed | 8/1 | K | | |
| 94. - Conn. Spl. Tax 5.0 '12 | | | | | Redeemed | 11/1 | K | | |
| 95. - New Haven '07 4.0 | | | | | Redeemed | 11/1 | K | | |
| 96. - Norwalk '09 4.25 | | | | | | | | | |
| 97. - Canton '07 3.5 | | | | | Redeemed | 5/1 | K | | |
| 98. - Dupont | | | | | | | | | |
| 99. - Exxon Mobil | | | | | | | | | |
| 100. - G.E. | | | | | | | | | |
| 101. - Norfolk Southern | | | | | | | | | |
| 102. - M & T Bank | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Pfizer | | | | | | | | | |
| 104. - Insteel | | | | | | | | | |
| 105. - Alexander and Baldwin | | | | | | | | | |
| 106. - Corning | | | | | | | | | |
| 107. - Honeywell | | | | | | | | | |
| 108. - Lucent | | | | | | | | | |
| 109. - Pitney Bowes | | | | | | | | | |
| 110. - Philips | | | | | | | | | |
| 111. - Tyco | | | | | | | | | |
| 112. - Hartford Cty. '12 3.125 | | | | | Buy | 10/8/ | L | | |
| 113. - CT Health '27 5.125 | | | | | Buy | 10/21 | K | | |
| 114. - New Caanan '13 3.75 | | | | | Buy | 4/17 | L | | |
| 115. - CT New Money '11 3.625 | | | | | Buy | 11/16 | L | | |
| 116. - Wallingford '09 5.0 | | | | | Buy | 11/20 | L | | |
| 117. - Newtown '15 3.5 | | | | | Buy | 11/27 | L | | |
| 118. ● TRUST # 2 | G | Int./Div. | P1 | T | | | | | |
| 119. - Federated Govt. Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|
| | F =$50,001 - $100,000 G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Macy S. | | | | | Sold | 11/24 | J | | |
| 121. - Hanesbrands | | | | | | | | | |
| 122. - Home Depot | | | | | | | | | |
| 123. - McDonald's | | | | | | | | | |
| 124. - General Mills | | | | | | | | | |
| 125. - Pepsico | | | | | | | | | |
| 126. - Procter & Gamble | | | | | | | | | |
| 127. - Sara Lee | | | | | | | | | |
| 128. - BP Amoco | | | | | | | | | |
| 129. - American Express | | | | | | | | | |
| 130. - National City | | | | | Sold | 4/1 | K | D | |
| 131. - Plum Creek Timber | | | | | | | | | |
| 132. - Transatlantic Holdings | | | | | | | | | |
| 133. - St. Paul Travelers | | | | | | | | | |
| 134. - Wells Fargo | | | | | | | | | |
| 135. - Amgen | | | | | Sold | 4/1 | K | E | |
| 136. - Baxter International | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Cigna | | | | | | | | | |
| 138. - Edwards Lifescience | | | | | | | | | |
| 139. - Medco Health Solutions | | | | | | | | | |
| 140. - TEVA Pharmaceutical | | | | | Buy | 2/4 | J | | |
| 141. - Wyeth | | | | | | | | | |
| 142. - Dover | | | | | | | | | |
| 143. - Emerson Electric | | | | | | | | | |
| 144. - Textron | | | | | | | | | |
| 145. - Minnesota Mining | | | | | | | | | |
| 146. - Agilent | | | | | | | | | |
| 147. - Automatic Data | | | | | | | | | |
| 148. - Intel | | | | | | | | | |
| 149. - Microsoft | | | | | | | | | |
| 150. - RPM Int'l | | | | | | | | | |
| 151. - Windstream | | | | | | | | | |
| 152. - Dominion Resources | | | | | | | | | |
| 153. - University CT '08 3.8 | | | | | Matured | 4/1 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - CT State '08 3.95 | | | | | Matured | 5/15 | L | | |
| 155. - Farmington CT '08 3.5 | | | | | Matured | 9/15 | K | | |
| 156. - CT State '08 3.5 | | | | | Matured | 11/17 | K | | |
| 157. - University CT '09 3.35 | | | | | | | | | |
| 158. - Colchester CT '09 3.375 | | | | | | | | | |
| 159. - Stamford CT '09 4.0 | | | | | | | | | |
| 160. - CT Housing '09 3.6 | | | | | | | | | |
| 161. - Southbury CT '10 3.2 | | | | | | | | | |
| 162. - Windsor CT '10 4.0 | | | | | | | | | |
| 163. - Windsor CT '10 4.0 | | | | | | | | | |
| 164. - CT State '10 3.45 | | | | | | | | | |
| 165. - CT State '10 2.9 | | | | | | | | | |
| 166. - Cromwell CT '10 2.9 | | | | | | | | | |
| 167. - Simsbury CT '11 3.75 | | | | | | | | | |
| 168. - Glastonbury CT '11 3.75 | | | | | | | | | |
| 169. - Ledyard CT '11 3.5 | | | | | | | | | |
| 170. - Waterbury CT '11 4.0 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - CT State '11 4.4 | | | | | | | | | |
| 172. - Stonington CT '11 4.0 | | | | | | | | | |
| 173. - Bristol CT '11 3.0 | | | | | | | | | |
| 174. - Wethersfield CT '12 3.1 | | | | | | | | | |
| 175. - CT State '12 4.0 | | | | | | | | | |
| 176. - Regional School 12 3.65 | | | | | | | | | |
| 177. - Easton CT '12 3.5 | | | | | | | | | |
| 178. - CT State '13 3.5 | | | | | | | | | |
| 179. - CT State '13 4.0 | | | | | | | | | |
| 180. - Regional School 13 3.75 | | | | | | | | | |
| 181. - Orange CT '13 3.4 | | | | | | | | | |
| 182. - Tolland CT '13 4.0 | | | | | | | | | |
| 183. - University CT '14 3.7 | | | | | | | | | |
| 184. - CT State '14 4.0 | | | | | | | | | |
| 185. - Glastonbury '14 3.75 | | | | | | | | | |
| 186. - CT State '14 4.0 | | | | | | | | | |
| 187. - South Central Water '15 4.0 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  - Groton CT '15 3.75 | | | | | | | | | |
| 189.  - CT State '15 3.5 | | | | | | | | | |
| 190.  - Becton | | | | | Buy | 2/4 | L | | |
| 191.  - TEVA | | | | | Buy | 2/4 | J | | |
| 192.  - Thermo Fisher | | | | | Buy | 2/4 | J | | |
| 193.  - T. Rowe Price | | | | | Buy | 4/1 | K | | |
| 194.  - Dentsply | | | | | Buy | 4/4/ | L | | |
| 195.  - Dentsply | | | | | Sold | 11/24 | K | | |
| 196.  - CT Hsg. Fin. '16 3.9 | | | | | Buy | 4/29 | K | | |
| 197.  - CT Health '15 3.5 | | | | | Buy | 5/22 | L | | |
| 198.  - CT Health '17 3.5 | | | | | Buy | 5/28 | L | | |
| 199.  - Hartford County '18 3.5 | | | | | Buy | 5/28 | K | | |
| 200.  - Watertown CT '17 4.0 | | | | | Buy | 10/3 | K | | |
| 201.  ● TRUST #3 | F | Int./Div. | P1 | T | | | | | |
| 202.  - Comcast | | | | | Sold | 2/19 | K | A | |
| 203.  - Staples | | | | | | | | | |
| 204.  - Target | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Pepsico | | | | | | | | | |
| 206. - Procter & Gamble | | | | | | | | | |
| 207. - Walgreen | | | | | Sold | 5/28 | K | | |
| 208. - Apache | | | | | Sold part | 4/22 | L | F | |
| 209. - ExxonMobil | | | | | | | | | |
| 210. - Weatherford | | | | | | | | | |
| 211. - Hartford Financial | | | | | Sold | 11/5 | J | | |
| 212. - JP Morgan Chase | | | | | | | | | |
| 213. - Merrill Lynch | | | | | Sold | 1/30 | K | | |
| 214. - Bank of New York | | | | | | | | | |
| 215. - Wells Fargo | | | | | | | | | |
| 216. - Abbott Labs | | | | | Buy (add'l) | 3/17 | J | | |
| 217. - Johnson & Johnson | | | | | | | | | |
| 218. - Medtronic | | | | | | | | | |
| 219. - Pfizer | | | | | Sold | 3/7 | K | E | |
| 220. - Schein Henry | | | | | | | | | |
| 221. - TEVA Pharmaceutical | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  - Minnesota Mining | | | | | | | | | |
| 223.  - Danaher | | | | | | | | | |
| 224.  - Emerson Electric | | | | | | | | | |
| 225.  - G.E. | | | | | | | | | |
| 226.  - United Technologies | | | | | | | | | |
| 227.  - Accenture | | | | | | | | | |
| 228.  - Adobe | | | | | | | | | |
| 229.  - Automated Data Processing | | | | | | | | | |
| 230.  - Corning | | | | | Sold | 11/21 | J | | |
| 231.  - Intel | | | | | | | | | |
| 232.  - IBM | | | | | | | | | |
| 233.  - Microsoft | | | | | | | | | |
| 234.  - Qualcomm | | | | | | | | | |
| 235.  - Air Products | | | | | | | | | |
| 236.  - Ecolab | | | | | | | | | |
| 237.  - MDU Resources | | | | | | | | | |
| 238.  - Dodge Cox Int'l Fund | | | | | Sold | 11/20 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Fidelity Int'l Fund | | | | | Sold (part) | 12/23 | K | | |
| 240. - Federated Govt. Fund | | | | | | | | | |
| 241. - Plaquemines La. '08 3.85 | | | | | Matured | 9/2 | L | | |
| 242. - Colchester CT '09 3.375 | | | | | | | | | |
| 243. - CT State '10 3.0 | | | | | | | | | |
| 244. - Bristol '11 3.0 | | | | | | | | | |
| 245. - CT State '11 3.125 | | | | | | | | | |
| 246. - Southbury CT '11 3.75 | | | | | | | | | |
| 247. - Wethersfield CT '12 3.1 | | | | | | | | | |
| 248. - CT State '12 4.0 | | | | | | | | | |
| 249. - Jacksonville FL '12 5.375 | | | | | | | | | |
| 250. - Regional School '12 3.65 | | | | | | | | | |
| 251. - N.J. State '13 5.7 | | | | | Redeemed (part) | 5/1 | J | A | |
| 252. - Orange CT '13 3.4 | | | | | | | | | |
| 253. - Easton CT '13 3.625 | | | | | | | | | |
| 254. - University CT '14 3.7 | | | | | | | | | |
| 255. - Glastonbury CT '14 3.75 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - ATT | | | | | | | | | |
| 257. - Thermo Fisher | | | | | | | | | |
| 258. - Monsanto | | | | | Sold | 2/25 | K | E | |
| 259. - Ebay | | | | | Sold | 11/24 | J | | |
| 260. - General Dynamics | | | | | | | | | |
| 261. - T. Rowe Price | | | | | Buy | 4/1 | K | | |
| 262. - Dentsply | | | | | Buy | 4/4 | K | | |
| 263. - Telefonica | | | | | Buy | 5/1 | K | | |
| 264. - Kraft Foods | | | | | Buy | 5/28 | K | | |
| 265. - Apple | | | | | Buy | 7/25 | K | | |
| 266. - CT ST '14 3.0 | | | | | Buy | 10/16 | J | | |
| 267. - CT HSG, '17 5.350 | | | | | Buy | 11/13 | K | | |
| 268. - Ecolab | | | | | Buy | 11/17 | K | | |
| 269. - Noble | | | | | Buy | 2/4 | K | | |
| 270. - Oracle | | | | | Buy | 2/4 | J | | |
| 271. ● TRUST #4 | E | Int./Div. | P1 | T | | | | | |
| 272. - Comcast | | | | | Sold | 2/22 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Staples | | | | | | | | | |
| 274. - Target | | | | | | | | | |
| 275. - Pepsico | | | | | | | | | |
| 276. - Procter & Gamble | | | | | | | | | |
| 277. - Walgreen | | | | | Sold | 5/28 | K | D | |
| 278. - ExxonMobil | | | | | | | | | |
| 279. - Noble | | | | | | | | | |
| 280. - Citigroup | | | | | Sold | 8/12 | J | | |
| 281. - Hartford Financial | | | | | Sold | 11/10 | J | | |
| 282. - JP Morgan Chase | | | | | | | | | |
| 283. - Bank of New York | | | | | | | | | |
| 284. - Wells Fargo | | | | | | | | | |
| 285. - Abbott Labs | | | | | Buy (add'l) | 3/17 | K | | |
| 286. - Johnson & Johnson | | | | | | | | | |
| 287. - Medtronic | | | | | | | | | |
| 288. - Schein Henry | | | | | | | | | |
| 289. - TEVA Pharmaceutical | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. - Danaher | | | | | | | | | |
| 291. - Emerson Electric | | | | | | | | | |
| 292. - G.E. | | | | | | | | | |
| 293. - United Technologies | | | | | | | | | |
| 294. - Accenture | | | | | | | | | |
| 295. - Automatic Data Processing | | | | | | | | | |
| 296. - Cisco | | | | | | | | | |
| 297. - Corning | | | | | Sold | 11/21 | J | | |
| 298. - Dell | | | | | Sold | 1/23 | J | | |
| 299. - Intel | | | | | | | | | |
| 300. - IBM | | | | | | | | | |
| 301. - Microsoft | | | | | | | | | |
| 302. - Ecolab | | | | | | | | | |
| 303. - MDU Resources | | | | | | | | | |
| 304. - Dodge & Cox Int'l Fund | | | | | | | | | |
| 305. - Fidelity Int'l Fund | | | | | | | | | |
| 306. - Federated Govt. Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Colchester CT '09 3.375 | | | | | | | | | |
| 308. - CT State '10 3.0 | | | | | | | | | |
| 309. - Bristol CT '11 3.0 | | | | | | | | | |
| 310. - CT State '11 3.8 | | | | | | | | | |
| 311. - Wethersfield CT '12 3.1 | | | | | | | | | |
| 312. - CT State '12 4.0 | | | | | | | | | |
| 313. - Regional School '12 3.65 | | | | | | | | | |
| 314. - Orange CT '13 3.4 | | | | | | | | | |
| 315. - Easton CT '13 3.625 | | | | | | | | | |
| 316. - University CT '14 3.7 | | | | | | | | | |
| 317. - Glastonbury CT '14 3.75 | | | | | | | | | |
| 318. - U.S. Treasury '18 9.0 | | | | | | | | | |
| 319. - Somers CT 4.0 '10 | | | | | | | | | |
| 320. - CT State '11 3.125 | | | | | Buy | 4/1 | K | | |
| 321. - ATT | | | | | | | | | |
| 322. - Thermo Fisher | | | | | | | | | |
| 323. - Monsanto | | | | | Sold | 2/28 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - Ebay | | | | | | | | | |
| 325. - General Dynamics | | | | | | | | | |
| 326. - Oracle | | | | | Buy | 1/23 | J | | |
| 327. - Kraft Foods | | | | | Buy | 3/26 | K | | |
| 328. - Apple | | | | | Buy | 2/4 | J | | |
| 329. ● IRA consisting of Stocks and Corporate Bonds: | E | Int./Div. | P1 | T | | | | | |
| 330. - Walt Disney | | | | | | | | | |
| 331. - McDonalds | | | | | | | | | |
| 332. - Staples | | | | | | | | | |
| 333. - Pepsico | | | | | | | | | |
| 334. - Procter & Gamble | | | | | | | | | |
| 335. - ExxonMobil | | | | | | | | | |
| 336. - Hartford Financial | | | | | Sold | 11/10 | J | | |
| 337. - Bank of New York | | | | | | | | | |
| 338. - Johnson & Johnson | | | | | | | | | |
| 339. - Medtronic | | | | | | | | | |
| 340. - Emerson Electric | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - G.E. | | | | | | | | | |
| 342. - Automated Data | | | | | | | | | |
| 343. - Dell | | | | | Sold | 1/23 | J | | |
| 344. - Intel | | | | | | | | | |
| 345. - I.B.M. | | | | | | | | | |
| 346. - Microsoft | | | | | | | | | |
| 347. - Oracle | | | | | | | | | |
| 348. - Ecolab | | | | | | | | | |
| 349. - Verizon | | | | | | | | | |
| 350. - Federated Govt. Fund | | | | | | | | | |
| 351. - FHLB '08 3.625 | | | | | Matured | 11/14 | K | | |
| 352. - FHLB '12 4.950 | | | | | Redeemed | 8/22 | K | | |
| 353. - Morgan Stanley '09 3.875 | | | | | | | | | |
| 354. - Anheuser Busch '10 5.625 | | | | | | | | | |
| 355. - Prudential '11 5.1 | | | | | | | | | |
| 356. - Goldman Sachs '12 5.7 | | | | | | | | | |
| 357. - First Data '13 4.7 | | | | | Sold | 3/4 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - Kimberly Clark '13 5.0 | | | | | | | | | |
| 359. - Pitney Bowes '14 4.875 | | | | | | | | | |
| 360. - Abbott Labs | | | | | | | | | |
| 361. - United Technologies | | | | | | | | | |
| 362. - Danaher Corp. | | | | | | | | | |
| 363. - ATT | | | | | | | | | |
| 364. - Thermo Fisher | | | | | | | | | |
| 365. - Monsanto | | | | | Sold | 2/28 | J | D | |
| 366. - Dodge & Cox Fund | | | | | | | | | |
| 367. - CVS | | | | | | | | | |
| 368. - G.E. '14 5.65 | | | | | | | | | |
| 369. - Target | | | | | | | | | |
| 370. - Boeing | | | | | Sold | 10/16 | J | | |
| 371. - Walt Disney '11 5.7 | | | | | | | | | |
| 372. - Fairmont | | | | | Spinoff (from line 349) | 4/2 | J | | |
| 373. - Fairmont | | | | | Sold | 4/10 | J | A | |
| 374. - Accenture | | | | | Buy | 7/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 04/17/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - Bell South '16 5.2 | | | | | Buy | 8/21 | K | | |
| 376. - Lowes '15 5.0 | | | | | Buy | 11/24 | K | | |
| 377. - Fidelity | | | | | Buy | 4/2 | J | | |
| 378. - Caterpillar '15 4.75 | | | | | Buy | 4/2 | K | | |
| 379. - Bank of America '16 5.75 | | | | | Buy | 4/2 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 04/17/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| NEWMAN, Jon O. | 04/17/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544